IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RAY STEVEN GUTIERREZ,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-5157

_____/

Opinion filed October 5, 2016.

An appeal from the Circuit Court for Santa Rosa County.
John L. Miller, Judge.

Ray Steven Gutierrez, pro se.

Pamela Jo Bondi, Attorney General and Trisha Meggs Pate, Assistant Attorney General, for Appellee.

PER CURIAM.

      AFFIRMED.

WOLF, LEWIS, and OSTERHAUS, JJ., CONCUR.